**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JOSEPH LEROY BURAS, JR.,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL ACTION 09-00667-KD-B** |
| **RON BAGGETTE,** *et al.*, ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 10, 2009, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **11ᵗʰ** day of **January 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**